**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Harrisburg Division**

| | |
|---|---|
| Victoria Lyn Cabrera,<br><br>*Debtor*. | Case No. 1:26-bk-02988-HWV<br>Chapter 13 |

## Motion to Extend the Automatic Stay

Debtor Victoria Lyn Cabrera, through their attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on October 14, 2026. They have filed a plan and all schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b).

2. The Debtor was involved in one active bankruptcy between October 15, 2025, and October 14, 2026:

| Case No. | District | Filed | Dismissed | Reason |
|---|---|---|---|---|
| 25-00098 | PAMB | 01/15/2025 | 08/27/2026 | Failure to make plan payments |

3. Because the Debtor was involved in only one active bankruptcy between October 15, 2025, and October 14, 2026, the automatic stay is set to expire on November 13, 2026. 11 U.S.C. § 362(c)(3)(A).

4. The Court may extend the automatic stay when a case is filed in good faith as to the creditors to be stayed. Good faith means that there are new circumstances demonstrating that the Debtor can probably reach the end of a chapter 13 plan. *In re Legree*, 285 B.R. 615, 620 (Bankr. E.D. Pa. 2002).

5. This case was filed in good faith. The debtor's non-filing spouse is once again part of her household and will be contributing his employment income towards her Chapter 13 plan payments. With the addition of her spouse's income, the Debtor's household income is now more than sufficient to fund her Chapter 13 plan payments.

6. Because this case was filed in good faith, the Court must continue the automatic stay against all creditors until the Debtor receive a discharge.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 16, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com