UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| Victoria Lyn Cabrera,<br><br>*Debtor*. | Case No. 1:26-bk-02988-HWV<br>Chapter 13 |

## AFFIDAVIT OF DEBTOR IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

1. I am the debtor in this bankruptcy case.
2. I previously filed a Chapter 13 bankruptcy case on January 15, 2025.
3. My prior case docketed as 1:25-bk-00098-HWV was pending within the last year.
4. My prior case was dismissed for failure to make plan payments because I was unable to make the plan payments due to my fixed income being insufficient.
5. Since my prior case was dismissed, my husband has reconciled with me, and he will be contributing his employment income towards my Chapter 13 plan payments as a member of my household.
6. With the financial support of my husband, I in good faith believe that I can see my current bankruptcy through to completion successfully.
7. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: October 16, 2026

**/s/ Victoria Lyn Cabrera**
Victoria Lyn Cabrera, Debtor