**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Harrisburg Division**

| | |
|---|---|
| Victoria Lyn Cabrera,<br><br>*Debtor*. | Case No. 1:26-bk-02988-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtors, hereby certify that on October 19, 2026, a true and correct copy of the Motion to Extend the Automatic Stay was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - ***via ECF***

Jack N. Zaharopoulos, Chapter 13 Trustee - ***via ECF***

Debtor: **2018 Market Street Ext, Middletown, PA 17057-3421**

Dated: October 19, 2026

/s/ Michael A. Cibik
Michael A. Cibik, Principal Attorney
Cibik Law, P.C., Counsel for Debtors

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding LLC/Resurgent Capital Services**
Resurgent Correspondence
Attn: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

**Opploans**
Attn: Bankruptcy
P.o. Box 5040
Fredericksburg, VA 22403

**Pennsylvania Housing Finance Agency**
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

**Purcell, Krug & Haller**
Attn: Bankruptcy
1719 N Front St
Harrisburg, PA 17102-2305

**Quantum3 Group LLC as agent for**
Credit Corp Solutions Inc
P.O. Box 788
Kirkland, WA 98083-0788