**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| VICTORIA LYN CABRERA, fka VICTORIA LYN DEWEY, | : | |
| | : | |
| | : | CASE NO. 1:26-bk-02988-HWV |
| Debtor. | : | |

**ORDER**

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 11, and no objections having been filed, and the hearing held on November 10, 2026, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 10, 2026