United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02988-HWV
Victoria Lyn Cabrera Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Nov 10, 2026 Form ID: pdf010 Total Noticed: 12

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | | Victoria Lyn Cabrera, 2018 Market Street Ext, Middletown, PA 17057-3421 |
| 5841694 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 5841697 | + | Purcell, Krug & Haller, Attn: Bankruptcy, 1719 N Front St, Harrisburg, PA 17102-2392 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5841691 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 10 2026 18:45:23 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 5842749 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2026 18:30:46 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5841692 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 10 2026 18:45:23 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5841693 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2026 18:32:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5842748 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2026 18:30:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5841914 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2026 18:45:29 | LVNV Funding, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5841695 | + | Email/Text: opportunitynotices@gmail.com | Nov 10 2026 18:32:00 | Opploans, Attn: Bankruptcy, P.o. Box 5040, Fredericksburg, VA 22403-0640 |
| 5841696 | | Email/Text: blegal@phfa.org | Nov 10 2026 18:32:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 5841698 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2026 18:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, P.O. Box 788, Kirkland, WA 98083-0788 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Victoria Lyn Cabrera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| VICTORIA LYN CABRERA, fka VICTORIA LYN DEWEY, | : | |
| | : | CASE NO. 1:26-bk-02988-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 11, and no objections having been filed, and the hearing held on November 10, 2026, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 10, 2026